UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:14-00005 |
| | ) CHIEF JUDGE HAYNES |
| RICARDO ARMON BENDER | ) |

*handwritten annotation: "OK/ish — This motion is GRANTED. [signed] 2-10-14"*

## MOTION TO EXTEND PRETRIAL MOTION FILING DEADLINE

Comes now the defendant, Ricardo Armon Bender, through counsel, and respectfully moves this Honorable Court to extend the deadline for a period of two weeks, in which to file pretrial motions currently set for Friday, February 7, 2014. Additional time is required to further review discovery, discuss the case with Mr. Bender and determine whether pretrial motions should be filed

WHEREFORE for the foregoing reasons, it is respectfully requested that the Court extend the deadline to file pretrial motions for a period of two weeks.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Ricardo Armon Bender

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I electronically filed the foregoing *Motion to Extend Pretrial Motion Filing Deadline* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Ronald C. Small*
RONALD C. SMALL