UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00005 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| RICARDO ARMON BENDER | ) | |

### NOTICE REGARDING MARCH 3, 2014 PLEA HEARING DATE

Pursuant to this Court's order, a plea hearing is scheduled in this case for March 3, 2014, at 1:30 p.m. (D.E. 10). The trial date is currently set for March 18, 2014. The parties still require time to review and discuss this case. While resolution by plea may be possible, this case is **not** for a plea on March 3, 2014. Accordingly, the defendant requests that the Court remove the case from the plea hearing docket on March 3, 2014.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Ricardo Armon Bender